IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KENNETH LEVON ROCK,                               *

               Plaintiff,                    *

v.                                                  Case No.  5:25-cv-00134-MTT-CHW

                                           *

SGT BENSON ,

                                         *

               Defendant.

_____        *

## **J U D G M E N T**

    Pursuant to this Court's Order dated 6/23/2026, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

    This 23rd day of June, 2026.

                        David W. Bunt, Clerk


                        s/ Erin Pettigrew, Deputy Clerk